FILED

2024 Jun-06  PM 01:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "B"



**ST. CLAIR COUNTY SCHOOLS**
EVERY STUDENT PREPARED

**BID: SCC 23/24 - 01A**
**SYSTEM WIDE FULL CUSTODIAL SERVICES**

**TABULATION SHEET**

| | SCHOOL/FACILITY | CUSTODIAL NEEDS PER SCHOOL | VENDOR NAME: Perfection MONTHLY BID AMOUNT | VENDOR NAME: HES MONTHLY BID AMOUNT |
|---|---|---|---|---|
| 1 | ASHVILLE ELEM. SCHOOL | 1 - 12 MONTH/1 - 9 MONTH | 8600 | 7,859.53 |
| 2 | ASHVILLE MIDDLE SCHOOL | 1 - 12 MONTH/ 1 - 9 MONTH | 8600 | 7859.53 |
| 3 | ASHVILLE HIGH SCHOOL | 1 -12 MONTH/ 1 - 9 MONTH | 8600 | 7859.53 |
| 4 | BUS SHOP | 1 - 12 MONTH (3 DAYS A WEEK) | 3600 | 772.45 |
| 5 | EDEN CAREER TECH CENTER | 1 - 12 MONTH | 6200 | 5,407.13 |
| 6 | MARGARET ELEM. SCHOOL | 1 - 12 MONTH / 1 - 9 MONTH | 9800 | 11,586.72 |
| 7 | MOODY ELEM. SCHOOL | 2 - 12 MONTH | 11600 | 13,904.06 |
| 8 | MOODY MIDDLE SCHOOL | 1 - 12 MONTH/ 1 - 12 MONTH | 8600 | 10,217.39 |
| 9 | MOODY JR. HIGH SCHOOL | 1 - 12 MONTH | 8490 | 7,724.48 |
| 10 | MOODY HIGH SCHOOL | 1 - 12 MONTH/ 1 - 12 MONTH | 13200 | 14,676.51 |
| 11 | ODENVILLE ELEM. SCHOOL | 1 - 12 MONTH/ 1 - 9 MONTH | 8490 | 11,003.35 |
| 12 | ODENVILLE INTERM. SCHOOL | 1 - 12 MONTH/ 1 - 9 MONTH | 8490 | 11,003.35 |
| 13 | ODENVILLE MIDDLE SCHOOL | 1 - 12 MONTH/ 1 - 9 MONTH | 8600 | 9,431.44 |
| 14 | RAGLAND SCHOOLS | 1 - 12 MONTH/ 1 - 9 MONTH (ELEM). | 11800 | 10,814.27 |
| 15 | RUBEN YANCEY ALT. SCHOOL | 1 - 12 MONTH/ 1 - 9 MONTH | 4890 | 3,143.81 |
| 16 | SCCBOE - CENTRAL OFFICE | 1 - 12 MONTH (3 DAYS A WEEK) | 3600 | 1,544.90 |
| 17 | SCCBOE - ANNEX | 1 - 12 MONTH (3 DAYS A WEEK) | 3400 | 1,158.67 |
| 18 | SPRINGVILLE ELEM. SCHOOL | 1 - 12 MONTH/ 1 - 9 MONTH | 6600 | 11,789.30 |
| 19 | SPRINGVILLE MIDDLE SCHOOL | 1 - 12 MONTH/ 1 - 9 MONTH | 8880 | 13,361.21 |
| 20 | SPRINGVILLE HIGH SCHOOL | 2 - 12 MONTH | 11200 | 13,131.61 |
| 21 | ST. CLAIR COUNTY HIGH SCHOOL | 2 - 12 MONTH | 7900 | 16,505.02 |
| 22 | STEELE JR. HIGH SCHOOL | 1 - 10 MONTH | 6600 | 6179.58 |
| 23 | VIRTUAL PREP. ACADEMY - SPR | 1 - 9 MONTH (NIGHT CUSTODIAN) | 5300 | 1,158.67 |
| | | **TOTAL:** | 183,100 | 198,092.51 |

WITNESS 1          8/14/23

WITNESS 2



**ST. CLAIR COUNTY SCHOOLS**
EVERY STUDENT PREPARED

@ 9:30

**BID: SCC 23/24 - 01A**
**SYSTEM WIDE FULL CUSTODIAL SERVICES**

**TABULATION SHEET**

| | SCHOOL/FACILITY | CUSTODIAL NEEDS PER SCHOOL | VENDOR NAME: R+J — MONTHLY BID AMOUNT | VENDOR NAME: Vanguard — MONTHLY BID AMOUNT |
|---|---|---|---|---|
| 1 | ASHVILLE ELEM. SCHOOL | 1 - 12 MONTH/1 - 9 MONTH | 72340.00 | 7740.00 |
| 2 | ASHVILLE MIDDLE SCHOOL | 1 - 12 MONTH/ 1 - 9 MONTH | 72340.00 | 7740.00 |
| 3 | ASHVILLE HIGH SCHOOL | 1 -12 MONTH/ 1 - 9 MONTH | 72340.00 | 7740.00 |
| 4 | BUS SHOP | 1 - 12 MONTH (3 DAYS A WEEK) | 6600.00 | 375.00 |
| 5 | EDEN CAREER TECH CENTER | 1 - 12 MONTH | 41,290.00 | 4559.00 |
| 6 | MARGARET ELEM. SCHOOL | 1 - 12 MONTH / 1 - 9 MONTH | 72,340.00 | 8428.00 |
| 7 | MOODY ELEM. SCHOOL | 2 - 12 MONTH | 82,660.00 | 9168.00 |
| 8 | MOODY MIDDLE SCHOOL | 1 - 12 MONTH/ 1 - 12 MONTH | 75,780.00 | 7740.00 |
| 9 | MOODY JR. HIGH SCHOOL | 1 - 12 MONTH | 41,290.00 | 4168.00 |
| 10 | MOODY HIGH SCHOOL | 1 - 12 MONTH/ 1 - 12 MONTH | 82,560.00 | 8353.00 |
| 11 | ODENVILLE ELEM. SCHOOL | 1 - 12 MONTH/ 1 - 9 MONTH | 72,340.00 | 7740.00 |
| 12 | ODENVILLE INTERM. SCHOOL | 1 - 12 MONTH/ 1 - 9 MONTH | 72,340.00 | 7740.00 |
| 13 | ODENVILLE MIDDLE SCHOOL | 1 - 12 MONTH/ 1 - 9 MONTH | 72,340.00 | 7740.00 |
| 14 | RAGLAND SCHOOLS | 1 - 12 MONTH/ 1 - 9 MONTH (ELEM). | 72,340.00 | 8428.00 |
| 15 | RUBEN YANCEY ALT. SCHOOL | 1 - 12 MONTH/ 1 - 9 MONTH | 41,280.00 | 3970.00 |
| 16 | SCCBOE - CENTRAL OFFICE | 1 - 12 MONTH (3 DAYS A WEEK) | 6,600.00 | 625.00 |
| 17 | SCCBOE - ANNEX | 1 - 12 MONTH (3 DAYS A WEEK) | 6,600.00 | 625.00 |
| 18 | SPRINGVILLE ELEM. SCHOOL | 1 - 12 MONTH/ 1 - 9 MONTH | 72,340.00 | 7740.00 |
| 19 | SPRINGVILLE MIDDLE SCHOOL | 1 - 12 MONTH/ 1 - 9 MONTH | 72,340.00 | 7740.00 |
| 20 | SPRINGVILLE HIGH SCHOOL | 2 - 12 MONTH | 82,660.00 | 8428.00 |
| 21 | ST. CLAIR COUNTY HIGH SCHOOL | 2 - 12 MONTH | 82,660.00 | 7740.00 |
| 22 | STEELE JR. HIGH SCHOOL | 1 - 10 MONTH | 34,400.00 | 4558.00 |
| 23 | VIRTUAL PREP. ACADEMY - SPR | 1 - 9 MONTH (NIGHT CUSTODIAN) | 11,610.00 | 649.00 |
| | | **TOTAL:** | 1,319,370.00 | 138,633.00 |

_Kristi Dibron_
WITNESS 1

_April Siles_
WITNESS 2
Leila Avat
8/14/23