FILED
2024 Jun-06 PM 01:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "D"



# ST. CLAIR COUNTY SCHOOLS
### EVERY STUDENT PREPARED

410 Roy Drive • Ashville, AL 35953
(205) 594-7131    (205) 594-4441 Fax

Justin D. Burns
Superintendent

Scott Suttle
Board President

September 22, 2023

Willcam dba Vanguard
Attn: Taylor Clark
200 Cahaba Park Circle, Suite 121
Birmingham, AL 35242

Subject: **Bid Contract/Agreement Termination Notice**
Bid: SCC 23/24 – 01A

Dear Ms. Taylor Clark,

This letter is to inform you that St. Clair County Board of Education (SCCBOE) will no longer require custodial services from Vanguard effective September 22, 2023. This notice serves to terminate the agreement created from the awarded bid SCC 23/24-01 (Full Custodial Services). Furthermore, Willcam dba Vanguard and/or Johnny Williams will be removed from all future contractual services with SCCBOE.

SCCBOE is not satisfied with the services provided within the awarded bid agreement. Vanguard has received a ten (10) day notification of concerns to be corrected and failed to satisfy the request for correction.

Please submit any questions in written form, and will be brought to the SCCBOE for consideration.

Sincerely,

Randall Beard
Maintenance Director
St. Clair County Board of Education

Nickie VanPelt
V.P./ At-Large

Bill Morris
At-Large

Allison Gray
Odenville District

Randy Thompson
Ashville/Steele District

Cathy W. Fine
Springville District

DeWayne Lovell
Ragland District

Sent from Yahoo Mail for iPhone