FILED
2024 Jul-03 PM 12:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **JOHNNY WILLIAMS and** ) | |
| **WILLCAM, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION NO.:** |
| ) | **4:24-CV-00617-CLM** |
| vs. ) | |
| ) | **UNOPPOSED** |
| **ST. CLAIR COUNTY BOARD OF** ) | |
| **EDUCATION, JUSTIN BURNS, individually** ) | |
| **and in his official capacity as Superintendent** ) | |
| **of the St. Clair County School Board;** ) | |
| ) | |
| **Defendants.** ) | |

### UNOPPOSED MOTION TO EXTEND DEADLINE
### FOR FILING RESPONSIVE PLEADING
_____

Defendants St. Clair County Board of Education and Justin Burns request an extension of ten (10) days within which to file a responsive motion or pleading in the above-entitled action. As grounds in support thereof, movants would show the following:

1. Service of the complaint was effected on June 18, 2024 making Defendants' responsive pleading due July 9, 2024.

2. Carl Johnson was assigned to defend the Defendant Board on June 28, 2024, and has not had an opportunity to meet with Board representatives

or review information and materials pertinent to the case and the defense thereof.

3. Co-Defendant Justin Burns is in the process of securing additional representation.

4. Progress of the case will not be substantially impeded by the requested extension.

5. Plaintiffs' counsel has graciously consented to the requested extension.

Wherefore, premises considered, Defendants request leave of Court to file their responsive pleadings on or before Friday, July 19, 2024.

Respectfully submitted this 3rd day of July, 2024.

TRUSSELL, FUNDERBURG, REA,
    BELL & FERGUSON, P.C.
1905 First Avenue South
Pell City, Alabama 35124
Phone: (205) 338-7273      *s/ John W. Rea*
jrea@tfrbf.com      John W. Rea

BISHOP COLVIN, LLC
1910 First Avenue North
Birmingham, Alabama 35203
Phone : (205) 251-2881      *s/Carl Johnson*
Fax    : (205) 254-3987      Carl Johnson
carljohnson@bishopcolvin.com

    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that there are no known non-CM/ECF participants for mailing by United States Postal Service, and that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on the 3rd day of July, 2024, to the following:

Otis Stewart, Jr., Esq.
The Stewart Firm, LLC
208 23rd Street North
Birmingham, AL 35203

                                             *s/Carl Johnson*
                                             Carl Johnson