7/11/24, 1:58 PM    Case 4:24-cv-00617-CLM   Document 10-1   Filed 07/19/24   Page 1 of 2
Business Entity Records | Alabama Secretary of State

FILED
2024 Jul-19 PM 04:44
U.S. DISTRICT COURT
N.D. OF ALABAMA



# Alabama Secretary of State



| Willcam, Inc. ||
|---|---|
| Entity ID Number | 000-249-690 |
| Entity Type | Domestic Corporation |
| Principal Address | BIRMINGHAM, AL |
| Principal Mailing Address | Not Provided |
| Status | Exists |
| Place of Formation | Jefferson County |
| Formation Date | 10/25/2006 |
| Registered Agent Name | GREEN, BRAD |
| Registered Office Street Address | 3755 CORPORATE WOODS DRIVE BIRMINGHAM, AL 35242 |
| Registered Office Mailing Address | 3755 CORPORATE WOODS DRIVE BIRMINGHAM, AL 35242 |
| Nature of Business | VANGUARD CLEANING SYSTEMS MASTER FRANCHISE |
| Capital Authorized | $1,000 |
| Capital Paid In | --- |
| **Incorporators** ||
| Incorporator Name | GREEN, BRAD |
| Incorporator Street Address | Not Provided |
| Incorporator Mailing Address | Not Provided |
| **Annual Reports** ||
| Report Year | 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 2019 2020 2021 2022 2023 2024 |
| **Transactions** ||
| Transaction Date | 04/15/2016 |
| Agent Mailing Address Changed From | * Added |
| Transaction Date | 04/15/2016 |
| Registered Agent Changed From | GREEN, BRAD 500 OFFICE PARK DR STE 110 BIRMINGHAM, AL 35223 |

**EXHIBIT A**

| Willcam, Inc. | | |
|---|---|---|
| **Scanned Documents** | | |
| Purchase Document Copies | | |
| Document Date / Type / Pages | 10/25/2006 | Certificate of Formation 12 pgs. |
| Document Date / Type / Pages | 04/15/2016 | Registered Agent Change 2 pgs. |
|  | | |

Browse Results    New Issuance