



# Brad Green

Add friend　　 Message

**Posts**　　About　　Friends　　Photos　　Videos　　Check-ins　　More ▼

## Intro

💼 President/Owner at **Vanguard Cleaning Systems of Alabama**

🎓 Studied at **University of Alabama Birmingham, MBA**

🎓 Studied at **The University of Alabama**

🏠 Lives in **Birmingham, Alabama**

♥ Married to **Angie Ford Green**

🌐 **vanguardcleaning.com**

   



**Brad Green**
July 12, 2023

Phish at Orion. Great Venue!

👍❤️ 85     7

Most relevant

 **Jan Woods Connell**
How fun!!!

52w   Like   Reply

 **Louis Borden**
Wow! That's awesome!

 Comment as GregandMandy Rogers

　　　　　　　　　　　　　　　　　　　　　　　　　　  



 **Brad Green**
October 17, 2017

👍❤️ 40　　　　　　　　　　　　　　　　　　　　　　　　　　1

 **Steve Hudson**
Happy Birthday Brad! Hope you have a wonderful day and wish you many more! The Hudson's 🎂🎉
2y

https://www.facebook.com/photo/?fbid=10212593502784962&set=a.1490784202009　　　　　　　　1/1