FILED
2024 Jul-19 PM 04:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

 # Alabama Secretary of State

| | |
|---|---|
| **J Williams Janitorial LLC** | |
| Entity ID Number | 000-038-132 |
| Entity Type | Domestic Limited Liability Company |
| Principal Address | 921 ASPEN RUN<br>BIRMINGHAM, AL 35209 |
| Principal Mailing Address | 921 ASPEN RUN<br>BIRMINGHAM, AL 35209 |
| Status | Exists |
| Place of Formation | Jefferson County |
| Formation Date | 01/17/2012 |
| Registered Agent Name | WILLIAMS, JOHNNY |
| Registered Office Street Address | 921 ASPEN RUN<br>BIRMINGHAM, AL 35209 |
| Registered Office Mailing Address | 921 ASPEN RUN<br>BIRMINGHAM, AL 35209 |
| Nature of Business | PROVIDE JANITORIAL SERVICES |
| **Organizers** | |
| Organizer Name | WILLIAMS, JOHNNY |
| Organizer Street Address | 921 ASPEN RUN<br>BIRMINGHAM, AL 35209 |
| Organizer Mailing Address | 921 ASPEN RUN<br>BIRMINGHAM, AL 35209 |
| **Scanned Documents** | |
| Purchase Document Copies | |
| Document Date / Type / Pages | 01/27/2012   Certificate of Formation   4 pgs. |

Browse Results    New Search

**EXHIBIT C**