FILED

2024 Jul-19 PM 04:44
U.S. DISTRICT COURT
N.D. OF ALABAMA



## Johnny Williams

J Willliams Janitorial LLC.

Birmingham, Alabama, United States  ·  **Contact Info**

240 followers  ·  237 connections

 **See your mutual connections**

Join to view profile       Message

J Willliams Janitorial, LLC.

Alabama A & M University

# Experience

 **Owner**
J Willliams Janitorial, LLC.

**EXHIBIT D**

Case 4:24-cv-00617-CLM   Document 10-4   Filed 07/19/24   Page 2 of 3



### Subcontractor
Leg loft

Mar 2014 - Present · 10 years 5 months



### Subcontractor





     

| Articles | People | Learning | Jobs | Games | Get the app |
|---|---|---|---|---|---|



### Subcontractor
CRST Malone Trucking

Jun 2012 - Present · 12 years 2 months

Trussville, Alabama

General cleaning



### Subdirector
Wine Loft

Mar 2009 - Present · 15 years 5 months

Birmingham, Alabama

General cleaning



### Franchise Owner
Vanguard Cleaning Systems

Apr 2007 - Present · 17 years 4 months

Birmingham, Alabama



### Subcontractor
Birmingham Race Course

Apr 2007 - Present · 17 years 4 months

Birmingham, Alabama

General cleaning

# Education

Case 4:24-cv-00617-CLM Document 10-4 Filed 07/19/24 Page 3 of 3

## Alabama A & M University

Bachelor's degree · Business/Managerial Economics

1983 - 1990

# View Johnny's full profile

See who you know in common

Get introduced

Contact Johnny directly

**Join to view full profile**



PAIGE

Denim Done Right

SHOP NOW

# Other similar profiles

### Ed Graham

Independent Biotechnology Professional

Athens, GA

 Connect

### Arturo Jordan-Gonzalez

Client Onboarding Manager at Avetta, Former Educator

Long Beach, CA