

# J Williams Janitorial LLC

1.3K likes • 1.3K followers

Message    👍 Like    🔍 Search

**Posts**    About    Mentions    Reviews    Followers    Photos    More ▾

## Intro

We take proud in what we do at J Williams Janitorial LLC

ⓘ  Page · Business service

🏠  2800 Riverview Road

📞  (205) 773-8271

✉️  williamsjohnny1@yahoo.com

⭐  84% recommend (6 Reviews)

      

## Photos

See all photos













Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

## Posts

Filters

 **J Williams Janitorial LLC**
June 13, 2023 ·