IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA
**MIDDLE DIVISION**

| | |
|---|---|
| JOHNNY WILLIAMS and WILLCAM, LLC. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | CASE NO.: 4:24-cv-00617 |
| ) | |
| ST. CLAIR COUNTY SCHOOL BOARD; ) | |
| JUSTIN BURNS, INDIVIDUALLY AND ) | |
| IN HIS OFFICIAL CAPACITY AS SUPER- ) | |
| INTENDENT OF THE ST. CLAIR COUNTY ) | |
| SCHOOL BOARD ) | |
| ) | |
| Defendants, ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSANT TO F.R.C.P. 41(a)(1)(A)(i)**

**COMES NOW, PLAINTIFFS,** Johnny Williams and Willcam, LCC, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that that this action is voluntarily dismissed. Defendants: St. Clair County School Board and Justin Burns were served and have filed a 12(b) Motion to Dismiss but have not filed a Motion for Summary Judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: August 5, 2024

 

Respectfully submitted,

/s/Otis Stewart Jr.
Otis Stewart Jr. (STE191)
Attorney for Plaintiff

**OF COUNSEL**
THE STEWART FIRM, LLC
208 23rd STREET NORTH
BIRMINGHAM, ALABAMA 35203
Tel:        (205) 267 – 1226
Fax:       (205) 387 – 3472
Email:    tsostewart@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following, or if not electronically served, I have mailed a copy of the same via first class mail United States Mail, post prepaid, to the following:

**Counsel for Defendants**

| | |
|---|---|
| Carl E. Johnson, Jr. | carljohnson@bishopcolvin.com |
| Grant H. Howard | ghoward@boardmancarr.com |
| John W. Rea | jrea@tfrblaw.com |
| Mark S. Boardman | mboardman@boardmancarr.com |

**OF COUNSEL**
Otis Stewart Jr.