# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

**JOHNNY WILLIAMS, et al.,**
    Plaintiffs,

v.

**ST. CLAIR COUNTY SCHOOL BOARD, et al.,**
    Defendants.

Case No. 4:24-cv-617-CLM

## DISMISSAL ORDER

    Plaintiffs Johnny Williams and Willcam, LLC filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 13). Accordingly, the court **DISMISSES** this case **WITHOUT PREJUDICE**. Costs are taxed as paid.

    The court **DIRECTS** the Clerk of Court to close this case.

    **DONE** and **ORDERED** on August 6, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE